IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCUS X. McCAULEY,** | Case No. 2:13-cv-02110-GGH |
| Petitioner, | **ORDER** |
| v. | |
| **RICK HILL,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss be filed on or before June 6, 2014.

Dated:  June 2, 2014                                     /s/ Gregory G.  Hollows
                                                      _____
                                                      The Honorable Gregory G. Hollows

McCa2110.eot3

[Proposed] Order (2:13-cv-02110-GGH)